IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JORDAN C. COTNER                                                                                              PLAINTIFF

v.                                        Case No. 6:23-cv-6034

SHERIFF BLAKE HUGHES                                                                                  DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29. Judge Ford recommends that Plaintiff's Third Amended Complaint (ECF No. 15) be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) and Federal Rule of Civil Procedure 41(b) for failing to comply with orders of the court and for failing to prosecute this matter, respectively.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 29) *in toto*. Plaintiff's Third Amended Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion to Dismiss (ECF No. 24) is hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 8th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge